FILED
May 11, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003483840

ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 10-62546-B-7F |
| RICKY GAMBERO and SHIRLEY GAMBERO, | DC No. RHT-1 |
| | TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY 11 U.S.C. §363 |
| Debtors. _____/ | Date: June 15, 2011 Time: 10:00 a.m. Dept: B |

**TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:**

Robert Hawkins respectfully represents:

1. He is the duly appointed, qualified, and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about October 29, 2010, and Robert Hawkins was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is non exempt equity in a 1999 Honda Accord with a fair market value of approximately $3,500.00 and a 2001 Toyota Tacoma with a fair market value of approximately $4,500.00.

5. The Trustee has received an offer from the debtors, Ricky Gambero and Shirley Gambero, to purchase the vehicle equity for the total sum of $4,200.00. The funds have been received by the estate.

6. In deciding to accept the proposed offer, the Trustee took into consideration the fair market values of the vehicles, the costs associated with taking possession of, storing, and selling the vehicles at auction, and the debtors' allowed vehicle exemption in the amount of $2,725.00. The Trustee does not believe that the estate would net a higher amount from an auction sale of the vehicles.

7. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described assets to the debtors, Ricky Gambero and Shirley Gambero, for the total sum of $4,200.00.

**DATED**: MAY 10, 2011

/S/
ROBERT HAWKINS,
Chapter 7 Trustee